# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, a corporation; and DOES ONE through TEN. <br><br> Defendants. <br> _____ <br> UNION PACIFIC RAILROAD COMPANY, a corporation, <br><br> Third Party Plaintiff. <br><br> vs. <br><br> PINE RIDGE FARMS, LLC, a corporation, <br><br> Third Party Defendant. <br> _____ | CASE: 11-cv-02601 CW <br><br> **ORDER** <br><br><br> [RANDOMLY ASSIGNED TO ADR MULTI-OPTION PROGRAM] <br><br><br> TRIAL DATE: 10/1/2012 |

**ORDER** 11-cv-02601 CW

TO ALL PARTIES WHICH HAVE APPEARED IN THIS ACTION AND TO THEIR COUNSEL OF RECORD:

Defendant UNION PACIFIC RAILROAD COMPANY ("UP") and plaintiff NAVIGATORS INSURANCE COMPANY ("NAVIGATORS") have jointly submitted a request to this Court, in light of the fact they have reached a settlement agreement in principal, that this Court modify certain pending dates and deadlines in this case.  The Court has reviewed the joint request, and GOOD CAUSE APPEARING THEREFORE, the Court makes the following order:

The following currently pending dates and deadlines in this case are hereby VACATED:

The Expert Witness Disclosure date of February 15, 2012.

The Completion of Expert Discovery Deadline date of April 15, 2012.

The Deadline for All Case-dispositive Motions to be heard by.

The Final Pretrial Conference date of September 19, 2012 at 2:00 p.m.

The 3 day Court Trial on October 1, 2012 at 8:30 A.M.

Secondly, UP is granted an additional thirty (30) days over and above the deadlines set by the Federal Code of Civil Procedure and the Local Rules of the Northern District of California within which to serve the summons and Third Party Complaint on the Third Party Defendant named therein;

The Case Management Conference ("CMC") date of June 21, 2012 at 2:00 p.m. remains on calendar;

**ORDER** 11-cv-02601 CW                                     2

That CMC date will be vacated provided this Court receives a Request for Dismissal of both the Complaint and the Third Party Complaint and signs an Order thereon dismissing this matter in its entirety prior to the CMC.

**IT IS SO ORDERED.**

Dated: February 21, 2012   By: _____
HONORABLE JUDGE CLAUDIA A. WILKEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA