1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, a corporation, | ) 11-cv-02601 CW ) |
| Plaintiff, | ) [~~PROPOSED~~] **ORDER OF** |
| vs. | ) **DISMISSAL WITH PREJUDICE** ) |
| UNION PACIFIC RAILROAD COMPANY, a corporation; and DOES ONE through TEN. | ) ) [RANDOMLY ASSIGNED TO ADR ) MULTI-OPTION PROGRAM] |
| Defendants. | ) |
| UNION PACIFIC RAILROAD COMPANY, a corporation, | ) ) ) |
| Third Party Plaintiff. | ) ) |
| vs. | ) ) |
| PINE RIDGE FARMS, LLC, a corporation, | ) ) ) |
| Third Party Defendant. | ) ) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court having read the Joint Stipulation for Dismissal of Complaint and Third Party Complaint with Prejudice and GOOD CAUSE APPEARING THEREFORE, the Court hereby makes and enters the following order:

1    The Complaint of NAVIGATORS INSURANCE COMPANY and the
2    Third Party Complaint of the UNION PACIFIC RAILROAD COMPANY in the
3    above captioned action are hereby dismissed with prejudice.
4    Each party to bear its own costs of suit.
5    IT IS SO ORDERED.

7    Dated: ___3/6/2012___   By: _____
8                                 Honorable Judge Claudia Wilken
                                  United States District Court
                                  Northern District of California - Oakland

| | |
|---|---|
| 1 | CERTIFICATION OF ECF SERVICE |
| 2 | I hereby certify that on March 5, 2012, I electronically filed the foregoing |
| 3 | with the Clerk of the Court using the CM/ECF system, which sent notification of |
| 4 | such filing to the following: |

LAW OFFICES OF LESLIE G. MCMURRAY
Leslie G. McMurray, S.B. No. 156263
Magnolia Professional Building
12520 Magnolia Blvd., Suite 206
Valley Village, California 91607
Phone: (818) 505-9902; Fax: (818) 505-1366
lmcmurray@mcmurray-law.com
Counsel for Defendant and Third Party Plaintiff
UNION PACIFIC RAILROAD COMPANY


G. Geoffrey Robb, Esq. (CA Bar No. 131515)
Joshua Southwick, Esq. (CA Bar. No. 246296)
GIBSON ROBB & LINDH, LLP
100 First Street, 27th Floor
San Francisco, California 94105
jsouthwick@gibsonrobb.com
grobb@gibsonrobb.com
(415) 348-6000; (415) 348-6001
Attorneys for Plaintiff NAVIGATORS INSURANCE COMPANY