1
2
3
4
5
6
7

8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | NAVIGATORS INSURANCE COMPANY, a corporation, | ) 11-cv-02601 CW |
| 12 | Plaintiff, | ) ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE |
| 13 | vs. | ) |
| 14 | UNION PACIFIC RAILROAD COMPANY, a corporation; and DOES ONE through TEN. | ) [RANDOMLY ASSIGNED TO ADR MULTI-OPTION PROGRAM] |
| 15 | | ) |
| 16 | Defendants. | ) |
| 17 | _____ | ) |
| 18 | UNION PACIFIC RAILROAD COMPANY, a corporation, | ) |
| 19 | Third Party Plaintiff. | ) |
| 20 | vs. | ) |
| 21 | PINE RIDGE FARMS, LLC, a corporation, | ) |
| 22 | Third Party Defendant. | ) |
| 23 | _____ | ) |

24
25   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

26          The Court having read the Joint Stipulation for Dismissal of Complaint

27   and Third Party Complaint with Prejudice and GOOD CAUSE APPEARING

28   THEREFORE, the Court hereby makes and enters the following order:

1    The Complaint of NAVIGATORS INSURANCE COMPANY and the

2    Third Party Complaint of the UNION PACIFIC RAILROAD COMPANY in the

3    above captioned action are hereby dismissed with prejudice.

4        Each party to bear its own costs of suit.

5        IT IS SO ORDERED.

6

7    Dated: _____3/6/2012_____   By: _____
                                    Honorable Judge Claudia Wilken
8                                   United States District Court
                                    Northern District of California - Oakland
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATION OF ECF SERVICE

2          I hereby certify that on March 5, 2012, I electronically filed the foregoing

3     with the Clerk of the Court using the CM/ECF system, which sent notification of

4     such filing to the following:

5

6          LAW OFFICES OF LESLIE G. MCMURRAY
           Leslie G. McMurray, S.B. No. 156263
7          Magnolia Professional Building
8          12520 Magnolia Blvd., Suite 206
           Valley Village, California 91607
9          Phone: (818) 505-9902; Fax: (818) 505-1366
10         lmcmurray@mcmurray-law.com
           Counsel for Defendant and Third Party Plaintiff
11         UNION PACIFIC RAILROAD COMPANY

12

13         G. Geoffrey Robb, Esq. (CA Bar No. 131515)
           Joshua Southwick, Esq. (CA Bar. No. 246296)
14         GIBSON ROBB & LINDH, LLP
15         100 First Street, 27th Floor
           San Francisco, California 94105
16         jsouthwick@gibsonrobb.com
17         grobb@gibsonrobb.com
           (415) 348-6000; (415) 348-6001
18         Attorneys for Plaintiff NAVIGATORS INSURANCE COMPANY

19

20

21

22

23

24

25

26

27

28